IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAMERON CLARK,

      Petitioner,                    No. CIV S-09-3057 FCD GGH P

   vs.

D.K.SISTO, et al.,

      Respondents.            ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

      Accordingly, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis (no. 7) is granted.

DATED: December 22, 2009

                          /s/ Gregory G. Hollows

                          UNITED STATES MAGISTRATE JUDGE

cl3057.ifp

1